IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02590-WYD-CBS

MOLLY WINKLER,

     Plaintiff,

v.

VERISK ANALYTICS, INC.,

     Defendant.

---

### MINUTE **ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     In light of the filing of the Amended Complaint on January 26, 2016, the Defendant's Motion to Dismiss (ECF No. 17), which sought to dismiss the original Complaint, is **DENIED AS MOOT**.  *See Quezada v. Mink*, No. 10-cv-00879-REB-KLM, 2010 WL 5343143, at *1 (D. Colo. Dec. 21, 2010) ("The filing of an amended complaint moots a motion to dismiss directed at the superseded complaint.").

     Dated:  January 27, 2016